UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STACY R. LOPEZ,

    Plaintiff,

v.                                                  Case No. 07-C-0085

CITY OF MILWAUKEE and
CITY OF MILWAUKEE POLICE DEPARTMENT,

    Defendants.

## ORDER

On February 20, 2008, the court held a hearing on the defendants' Civil Local Rule 7.4 Non-Dispositive Motion for Order Under Rule 37(b), Fed.R.Civ.P. Striking Complaint For Failure to Comply With Order To Produce Documents and Make Initial Disclosures. For the reasons articulated by the court during that hearing, the court orders the following:

**IT IS HEREBY ORDERED,**

1. Plaintiff's counsel shall, after conferring with her client, ascertain whether the plaintiff was treated by any of the individuals listed below after March of 1994. Plaintiff's counsel shall further make reasonable efforts to obtain current addresses and full names for those individuals with whom her client did meet during that time period and report her results to both the court and opposing counsel by March 3, 2008.

    a.    Jeffrey Taxman, M.D.
           11501 N. Port Washington Road
           Mequon, WI

    b.    Herzel Spiro, M.D.
           920 E. Mason St.
           Milwaukee, WI

       c.       Dr. Alan Luck
                St. Michael's Medical Clinic (?)

       d.       Dr. _____ Davison, M.D.

       e.       Therapist Janet Schaffer

2. Defendants' attorney shall provide to the plaintiff's attorney, within a reasonable time, a new medical release form, which (1) sets forth the March 1994 limiting date and (2) includes a provision allowing the defense to obtain medical billing records resulting from the plaintiff's treatment during the relevant time period.

**IT IS FURTHER ORDERED** for the reasons set forth on the record that the defendants' motion to strike the complaint (Dkt # 23) be and hereby is **DENIED;**

**IT IS FURTHER ORDERED** for the reasons set forth on the record that the defendants' motion to strike the plaintiff's response to defendants' motion to strike the plaintiff's complaint (Dkt # 30) be and hereby is **DENIED.**

**SO ORDERED** this 20th day of February, 2008, at Milwaukee, Wisconsin.

                                          /s/ William E. Callahan, Jr.
                                          WILLIAM E. CALLAHAN, JR.
                                          United States Magistrate Judge